ROTHSCHILD et al., Respondents, v. MOR-RICE et al., Appellants. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by Morris H. Rothschild and another against David Morrice, Jr., and another. H. D. Estabrook, of New York City, for appellants. J. R. Abney, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ROYCE, Respondent, v. FARSON et al., Appellants. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by Stephen E. Royce against John Farson, Jr., and another. L. L. Delafield, of New York City, for appellants. H. Clark, Jr., of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

RUBY et al., Respondents, v. STREEVER et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 3, 1915.) Action by Domonick Ruby and another against Charles H. Streever and others. No opinion. Judgment and order unanimously affirmed, with costs.

R. & L. CO. v. METZ. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by the R. & L. Company against Herman A. Metz. No opinion. Motion granted. Questions certified. Order filed. See, also, 150 N. Y. Supp. 843.

In re ST. PAUL'S PLACE SCHOOL SITE IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. February 11, 1915.) In the matter of the St. Paul's Place School Site in the City of New York. No opinion. Reference ordered. Settle order on notice.

SALMON et al. v. BALLANCE. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Hamilton H. Salmon and others against William A. Ballance. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

SALOMON v. MATTHEWS. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by Walter J. Salomon against Samuel D. Matthews. No opinion. Application denied, with $10 costs. Order signed.

In re SANBORN. (Supreme Court, Appellate Division, Second Department. February 11, 1915.) In the matter of Addison S. Sanborn, an attorney. PER CURIAM. Matter referred to Hon. William D. Dickey, as official referee. See, also, 158 App. Div. 939, 143 N. Y. Supp. 1142. BURR, J., not voting.

SANDERS v. BARNABY. (Supreme Court, Appellate Division, First Department. Feb-ruary 19, 1915.) Action by Thomas Sanders, Jr., against Kenneth T. Barnaby. No opinion. Motion granted. See, also, 151 N. Y. Supp. 580.

SANDHOP CONTRACTING CO. v. WHITE et al. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by the Sandhop Contracting Company against John White and others. No opinion. Application denied, with $10 costs. Order signed. Motion for stay denied, with $10 costs. Order filed.

SARAFIAN v. UNITED STATES FIDELITY & GUARANTY CO. (Supreme Court, Appellate Division, First Department. February 19, 1915.) Action by Sumpad H. Sarafian against the United States Fidelity & Guaranty Company. No opinion. Application granted. Order signed.

SCHAFFER v. PRESSURE LIGHTING CO. (Supreme Court, Appellate Division, First Department. February 19, 1915.) Action by Max Schaffer against the Pressure Lighting Company. No opinion. Application denied, with $10 costs. Order signed.

SCHNEIDER, Respondent, v. FARLEY, State Excise Com'r, Appellant. (Supreme Court, Appellate Division, Second Department. February 5, 1915.) Action by Morris Schneider against William W. Farley, as State Commissioner of Excise, etc. No opinion. Judgment reversed, on reargument, with costs of the appeal, and complaint dismissed, with costs, on authority of Suss v. Farley, etc., 164 App. Div. 161, 149 N. Y. Supp. 661, decided November 6, 1914. See, also, 150 N. Y. Supp. 1111.

SCHUMACHER et al., Respondents, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 5, 1915.) Action by Franceska Schumacher and August F. Brocke, as executrix and executor under the last will and testament of Joseph Schumacher, deceased, against the Brooklyn Heights Railroad Company. No opinion. Motion for stay granted, on condition that defendant perfect and place its appeals on the March calendar, and be ready for argument when reached; cause in the meantime not to lose its place on the trial calendar.

SCHWARTZ, Appellant, v. SCHWARTZ, Respondent. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by Louisa Schwartz against Jacob Schwartz. Leon Forst, of New York City, for appellant. A. J. Rifkind, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, as stated in order. Order filed.

SCHWEID et al., Appellants, v. BERKMAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 29, 1915.)

Action by Bernard Schweid and another against Julius S. Berkman. No opinion. Orders entered, substituting Max Schweid and Harry A. Schweid, as executors, etc., of Bernard Schweid, deceased, as parties plaintiff in place of said deceased, and also substituting Ralph H. Culley as attorney for the plaintiffs.

SCOFIELD, Appellant, v. FITZSIMMONS, Respondent. (Supreme Court, Appellate Division, Second Department. January 22, 1915.) Action by Seth W. Scofield against Jean Winifred Fitzsimmons. No opinion. Judgment affirmed, with costs.

SCOTT et al., Respondents, v. SENECA RIVER POWER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1915.) Action by Robert G. Scott and others against the Seneca River Power Company. No opinion. Motion to dismiss appeal granted, unless appellant file and serve briefs by January 20th. See, also, 151 N. Y. Supp. 1144.

SCOTT et al., Respondents, v. SENECA RIVER POWER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Action by Robert G. Scott and others against the Seneca River Power Company. No opinion. Judgment affirmed, with costs. See, also, 151 N. Y. Supp. 1144.

S. C. POSNER, Inc., v. JACKSON et al. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by S. C. Posner, Incorporated, against Emanuel A. Jackson and others. No opinion. Motion denied, with $10 costs. Order filed.

SEAWARD, Appellant, v. TASKER, Respondent. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) Action by George W. Seaward, as administrator, etc., of William Z. King, deceased, against Frederick H. Tasker. For opinion below, see 143 N. Y. Supp. 257.

PER CURIAM. Appeal transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department for hearing and determination.

BURR, J., takes no part.

SEBESTYEN, Respondent, v. CAYUGA LAKE CEMENT CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 6, 1915.) Action by Steven Sebestyen against the Cayuga Lake Cement Company. No opinion. Judgment and order unanimously affirmed, with costs.

SHEARS, Respondent, v. MUTUAL LIFE INS. CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1914.) Action by Herbert C. Shears, as executor, etc., of George W. Hillson, deceased, against the Mutual Life Insurance Company of New York.

PER CURIAM. Judgment and order reversed, and new trial granted; costs to abide the event. Decedent's statements as to his previous illness and as to the physicians that he had consulted within five years prior to his application for insurance were material representations, were false, and the evidence discloses that they must have been known to him to be false. If no additional evidence respecting these matters shall be given upon the new trial, defendant will be entitled to a verdict.

SHEPARD, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 29, 1915.) Action by J. Frank Shepard against the Pennsylvania Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 86 Misc. Rep. 272, 148 N. Y. Supp. 388.

LAMBERT, J., dissents.

SHERWOOD et al., Respondents, v. SHERWOOD et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) Action by Robert J. Sherwood and another, infants, etc., against Frances M. Sherwood and others. No opinion. Order (85 Misc. Rep. 99, 147 N. Y. Supp. 205) affirmed, without costs.

SHOPIRO, Respondent, v. BERLIN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Action by Samuel Shopiro against Samuel N. Berlin and another. No opinion. Judgment and order affirmed, with costs. See, also, 163 App. Div. 930, 147 N. Y. Supp. 1141.

SHUART et al., Respondents, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 22, 1915.) Action by John R. Shuart and others against the Erie Railroad Company. No opinion. Motion for reargument (150 N. Y. Supp. 1112), or for leave to appeal to the Court of Appeals, denied.

SICKELS, Appellant, v. WASHBURN, Respondent. (Supreme Court, Appellate Division, Second Department. January 22, 1915.) Action by George W. Sickels against Cyrus V. Washburn. No opinion. Order affirmed, with $10 costs and disbursements.

SILBERSTEIN et al. v. BLUM et al. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Solomon Silberstein and others against Harry Blum and others. No opinion. Application granted. Order signed.

SILVERSTEIN, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 13, 1915.) Action by Abraham Silverstein, as administrator, etc., against the International Railway Company. No opinion. Judg-